Exhibit A to Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>STATE OF OHIO, EX REL. )<br>RICHARD CORDRAY )<br>OHIO ATTORNEY GENERAL, )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>) Civil Action No.<br>INEOS ABS (USA) Corporation, )<br>LANXESS Corporation, )<br>)<br>)<br>Defendants. )<br>_____) | |

## NOTICE OF LODGING

Consistent with 28 C.F.R. § 50.7, the United States is hereby lodging the attached proposed Consent Decree ("Consent Decree") in the above captioned case that resolves claims relating to the Clean Air Act, 42 U.S.C. § 7401 *et seq*; the Emergency Planning and Community Right-to-Know Act, 42 U.S.C. § 11001 *et seq.*; and the Comprehensive Environmental Response, Compensation and Liability Act of 1980, as amended, 42 U.S.C. § 9601 *et seq.* The Court should not sign the Consent Decree at this time. Instead, the Consent Decree should

remain lodged with the Court while the United States provides an opportunity for public comment pursuant to 28 C.F.R. § 50.7.

The Department of Justice will publish in the *Federal Register* a notice that the Consent Decree has been lodged with the Court. The Notice will solicit public comment for a period of thirty (30) days. At the conclusion of the public comment period, the United States will evaluate any comments received, determine whether any comments disclose facts or considerations which indicate that the proposed settlement is inappropriate, inadequate or improper, and advise the Court whether the United States requests that the Consent Decree be entered.

Respectfully Submitted,

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources
  Division

By: *[signature]*
CATHERINE BANERJEE ROJKO
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources
  Division
United States Department of Justice
Post Office Box 7611
Ben Franklin Station
Washington, D.C. 20044
202.514.5315
202.514.0097 (fax)
Cathy.Rojko@usdoj.gov

                        GREGORY G. LOCKHART
                        United States Attorney
                        Southern District of Ohio

By:   /s/ Gerald F. Kaminski
        GERALD F. KAMINSKI (Bar No. 0012532)
        Assistant United States Attorney
        221 East Fourth Street
        Suite 400
        Cincinnati Ohio, 45202
        (513) 684-3711

OF COUNSEL:

Mark J. Palermo
Robert L. Thompson
Assistant Regional Counsel
U.S. Environmental Protection Agency, Region 5
77 West Jackson Boulevard
Chicago, IL 60604

Tahani Rivers
Attorney-Advisor
Office of Civil Enforcement
Mail Code 2248A
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July 2009, a true and correct copy of the Complaint and Exhibit A thereto (Notice of Lodging), and attached Consent Decree in *United States, et al. v. INEOS, et al.*, were served on the following counsel by first class mail properly addressed:

Counsel for INEOS ABS (USA) Corporation and LANXESS Corporation:

Chester R. Babst
Babst, Calland, Clements and Zomnir, P.C.
2 Gateway Center, 8th Floor
Pittsburgh, PA 15222
Cbabst@bccz.com

Counsel for the Ohio Attorney General's Office

Gregg Bachmann
Ohio Attorney General's Office
Environmental Enforcement Section
30 East Broad Street, 25th Floor
Columbus, Ohio 43215
Gregg.Bachmann@ohioattorneygeneral.gov

_____
CATHERINE BANERJEE ROJKO
Senior Attorney